WK:DB
F. #2023R00465

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   AUGUST 4, 2023   \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SHACHAR BIVAS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 23-CR-319
(T. 49, U.S.C., § 46504; T. 18, U.S.C.,
§§ 113(a)(4) and 3551 et seq.)

Judge Dora Lizette Irizarry
Magistrate Judge Taryn A. Merkl

THE GRAND JURY CHARGES:

COUNT ONE
(Interference with a Flight Attendant)

1. On or about May 31, 2023 and June 1, 2023, both dates being approximate and inclusive, on an aircraft within the special aircraft jurisdiction of the United States, to wit: aboard Delta Air Lines Flight 235, which originated in Tel Aviv, Israel and was bound for John F. Kennedy International Airport in Queens, New York, the defendant SHACHAR BIVAS did knowingly and intentionally assault and intimidate a flight attendant of the aircraft, to wit: John Doe #1, an individual whose identity is known to the Grand Jury, which assault and intimidation interfered with, and lessened said flight attendant's ability to perform, his duties.

(Title 49, United States Code, Section 46504; Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO
(Assault in the Special Maritime and Territorial Jurisdiction of the United States)

2. On or about May 31, 2023 and June 1, 2023, both dates being approximate and inclusive, on an aircraft within the special maritime and territorial jurisdiction of the United States, to wit: aboard Delta Air Lines Flight 235, which originated in Tel Aviv, Israel and was bound for John F. Kennedy International Airport in Queens, New York, the defendant SHACHAR BIVAS did knowingly and intentionally assault John Doe #1 and John Doe #2, an individual whose identity is known to the Grand Jury, by striking, beating and wounding them.

(Title 18, United States Code, Sections 113(a)(4) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

*By Carolyn Pokorny, Assistant U.S. Attorney*
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00465

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

SHACHAR BIVAS,

Defendant.

## INDICTMENT

(T. 49, U.S.C., § 46504; T. 18, U.S.C., §§ 113(a)(4) and 3551 et seq.)

*A true bill.*

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

*David Berman, Assistant U.S. Attorney (718) 254-6167*