

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:DIB
F. #2023R00465

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 11, 2023

<u>By ECF and Email</u>

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Shachar Bivas</u>
     <u>Criminal Docket No. 23-319 (DLI)</u>

Dear Judge Irizarry:

  The parties jointly provide this status report in advance of the status conference presently scheduled for December 19, 2023. The parties have reached a resolution to this case and respectfully request that the status conference be converted into a change of plea hearing.

         Respectfully submitted,

         BREON PEACE
         United States Attorney

      By: <u>/s/ David I. Berman</u>
         David I. Berman
         Assistant U.S. Attorney
         (718) 254-6167

cc: Clerk of the Court (DLI) (by Email and ECF)
   Nipun Marwaha, Esq. (Defense counsel) (by Email and ECF)